UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL LAVENDER,<br><br>Defendant(s). | Case No. 2:16-CR-84 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Lavender*, case number 2:16-cr-00084-JCM-PAL.

Defendant Michael Lavender filed an emergency motion to consider release in order to attend funeral services. (ECF No. 27). On November 13, 2016, defendant's grandmother, the woman who raised him, passed away. Funeral services are scheduled for December 9, 2016, at 10:00am, at the True Love Baptist Church, located at 1941 H Street, Las Vegas, Nevada. Defendant requests permission to attend.

The court will grant defendant's request in accordance with the terms of his motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's emergency motion to consider release in order to attend funeral services (ECF No. 27) be, and the same hereby is, GRANTED.

DATED December 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**